# EXHIBIT A

Int. Cl.: 30

Prior U.S. Cl.: 46

United States Patent Office

Reg. No. 1,000,007
Registered Dec. 17, 1974

## TRADEMARK
### Principal Register

## STARBURST

Mars, Incorporated (Delaware corporation)
100 W. 10th St.
Wilmington, Del.

For: FRUIT CANDY, in CLASS 46 (INT. CL. 30).
First use Mar. 21, 1966; in commerce Mar. 21, 1966.

Ser. No. 449,666, filed Feb. 23, 1973.

Int. Cl.: 30

Prior U.S. Cl.: 46

# United States Patent Office

Reg. No. 1,000,007
Registered Dec. 17, 1974

## TRADEMARK
### Principal Register

## STARBURST

Mars, Incorporated (Delaware corporation)
100 W. 10th St.
Wilmington, Del.

For: FRUIT CANDY, in CLASS 46 (INT. CL. 30).
First use Mar. 21, 1966; in commerce Mar. 21, 1966.

Ser. No. 449,666, filed Feb. 23, 1973.

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 1,000,007

Registered Dec. 17, 1974

10 Year Renewal

Renewal Term Begins Dec. 17, 1994

## TRADEMARK
## PRINCIPAL REGISTER

### STARBURST

MARS, INCORPORATED (DELAWARE
CORPORATION)
100 W. 10TH ST.
WILMINGTON, DE

FOR: FRUIT CANDY, IN CLASS 46
(INT. CL. 30).
FIRST USE 3–21–1966; IN COMMERCE
3–21–1966.

SER. NO. 72–449,666, FILED 2–23–1973.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Feb. 21, 1995.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent Office**

Reg. No. 1,000,007
Registered Dec. 17, 1974

## TRADEMARK
### Principal Register

## STARBURST

Mars, Incorporated (Delaware corporation)
100 W. 10th St.
Wilmington, Del.

For: FRUIT CANDY, in CLASS 46 (INT. CL. 30).
First use Mar. 21, 1966; in commerce Mar. 21, 1966.

Ser. No. 449,666, filed Feb. 23, 1973.

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 1,000,007

Registered Dec. 17, 1974

Renewal Term Begins Dec. 17, 1994

## TRADEMARK
## PRINCIPAL REGISTER

### STARBURST

MARS, INCORPORATED (DELAWARE CORPORATION)
100 W. 10TH ST.
WILMINGTON, DE

FOR: FRUIT CANDY, IN CLASS 46 (INT. CL. 30).

FIRST USE 3–21–1966; IN COMMERCE 3–21–1966.

SER. NO. 72–449,666, FILED 2–23–1973.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Feb. 21, 1995.*

COMMISSIONER OF PATENTS AND TRADEMARKS

**From:**     TMOfficialNotices@USPTO.GOV
**Sent:**     Wednesday, January 7, 2015 11:00 PM
**To:**       trademark.department@wrigley.com
**Subject:**  Official USPTO Notice of Acceptance and Renewal Sections 8 and 9: U.S. Trademark RN 1000007: STARBURST

**Serial Number:**  72449666
**Registration Number:**  1000007
**Registration Date:**  Dec 17, 1974
**Mark:**  STARBURST
**Owner:**  Wm. Wrigley Jr. Company

Jan 7, 2015

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
046

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=72449666. NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

Int. Cl.: 30

Prior U.S. Cl.: 46

Reg. No. 1,545,544

## United States Patent and Trademark Office    Registered June 27, 1989

### TRADEMARK
### PRINCIPAL REGISTER

# Starburst

MARS, INCORPORATED (DELAWARE COR-
PORATION)
6885 ELM STREET
MCLEAN, VA 22101

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).
FIRST USE 11-0-1982; IN COMMERCE
11-0-1982.

OWNER OF U.S. REG. NOS. 982,575, 1,000,007,
AND 1,002,984.

SER. NO. 756,140, FILED 10-5-1988.

ROBERT F. GARCIA, EXAMINING ATTOR-
NEY

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Amended

Reg. No. 1,545,544
Registered June 27, 1989
OG Date Apr. 23, 1996

## TRADEMARK
## PRINCIPAL REGISTER



MARS, INCORPORATED (DELAWARE CORPORATION)
6885 ELM STREET
MCLEAN, VA 221013883

OWNER OF U.S. REG. NOS. 982,575, 1,000,007 AND 1,002,984.

THE MARK IS LINED FOR THE COLORS RED AND YELLOW.

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).

FIRST USE 11-0-1982; IN COMMERCE 11-0-1982.

SER. NO. 73-756,140, FILED 10-5-1988.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Apr. 23, 1996.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 1,545,544

Registered June 27, 1989

## TRADEMARK
### PRINCIPAL REGISTER

# Starburst

MARS, INCORPORATED (DELAWARE COR-
  PORATION)
6885 ELM STREET
MCLEAN, VA 22101

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).
FIRST USE 11–0–1982; IN COMMERCE
11–0–1982.

OWNER OF U.S. REG. NOS. 982,575, 1,000,007,
AND 1,002,984.

SER. NO. 756,140, FILED 10–5–1988.

ROBERT F. GARCIA, EXAMINING ATTOR-
NEY

Side - 1



**NOTICE OF ACCEPTANCE OF §8
DECLARATION AND §9 RENEWAL
MAILING DATE: Jan 14, 2010**

The declaration and renewal application filed in connection with the registration identified below meets the requirements of Sections 8 and 9 of the Trademark Act, 15 U.S.C. §§1058 and 1059. The declaration is accepted and renewal is granted. The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov. To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:**      1545544
**MARK:**      STARBURST
**OWNER:**      Wm. Wrigley Jr. Company

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

Stacy P. Chronopoulos
WM. WRIGLEY JR. COMPANY
410 NORTH MICHIGAN AVENUE
CHICAGO, IL   60611



# United States of America
## United States Patent and Trademark Office

# STARBURST

**Reg. No. 4,175,344**

**Registered July 17, 2012**

WM. WRIGLEY JR. COMPANY (DELAWARE CORPORATION)
410 NORTH MICHIGAN AVENUE
CHICAGO, IL 60611

**Int. Cl.: 3**

FOR: LIP GLOSS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FIRST USE 12-0-2005; IN COMMERCE 1-0-2006.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-478,034, FILED 11-21-2011.

KATHLEEN LORENZO, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\* *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.



# United States of America
## United States Patent and Trademark Office

# STARBURST

**Reg. No. 4,625,960**

**Registered Oct. 21, 2014**

WM. WRIGLEY JR. COMPANY (DELAWARE CORPORATION)
1132 W. BLACKHAWK ST.
CHICAGO, IL 60642

**Int. Cl.: 30**

FOR: FROZEN CONFECTIONS, IN CLASS 30 (U.S. CL. 46).

FIRST USE 2-28-2014; IN COMMERCE 2-28-2014.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,000,007 AND 1,545,544.

SN 86-029,183, FILED 8-5-2013.

MICHAEL ENGEL, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

Int. Cl.: 30

Prior U.S. Cl.: 46

**Reg. No. 1,221,105**

## United States Patent and Trademark Office

Registered Dec. 21, 1982

### TRADEMARK
**Principal Register**

## SKITTLES

Mars, Incorporated (Delaware corporation)
1651 Old Meadow Rd.
McLean, Va. 22102

For: CANDY, in CLASS 30 (U.S. Cl. 46).
First use Mar. 10, 1971; in commerce Mar. 10, 1971.

Ser. No. 305,850, filed Apr. 14, 1981.

RICHARD A. STRASER, Examining Attorney

Int. Cl.: 30

Prior U.S. Cl.: 46

## United States Patent and Trademark Office

Reg. No. 1,221,105
Registered Dec. 21, 1982

## TRADEMARK
### Principal Register

## SKITTLES

Mars, Incorporated (Delaware corporation)
1651 Old Meadow Rd.
McLean, Va. 22102

For: CANDY, in CLASS 30 (U.S. Cl. 46).
First use Mar. 10, 1971; in commerce Mar. 10, 1971.

Ser. No. 305,850, filed Apr. 14, 1981.

RICHARD A. STRASER, Examining Attorney

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Thursday, January 26, 2012 11:00 PM |
| **To:** | trademark.department@wrigley.com |
| **Subject:** | Trademark RN 1221105: Official Notice of Acceptance and Renewal under Sections 8 and 9 of the Trademark Act |

**Serial Number:** 73305850
**Registration Number:** 1221105
**Registration Date:** Dec 21, 1982
**Mark:** SKITTLES
**Owner:** Wm. Wrigley Jr. Company

Jan 26, 2012

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
030

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=73305850. NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

Int. Cl.: 30

Prior U.S. Cl.: 46

Reg. No. 1,331,145

## United States Patent and Trademark Office
Registered Apr. 16, 1985

## TRADEMARK
### PRINCIPAL REGISTER



MARS, INCORPORATED (DELAWARE COR-
PORATION)
6885 ELM ST.
MCLEAN, VA 22101

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).

FIRST USE 0–0–1982; IN COMMERCE
0–0–1982.

OWNER OF U.S. REG. NO. 1,221,105.

SER. NO. 491,330, FILED 7–23–1984.

ROGER KATZ, EXAMINING ATTORNEY

**Int. Cl.: 30**

**Prior U.S. Cl.: 46**

**United States Patent and Trademark Office**

Reg. No. 1,331,145
Registered Apr. 16, 1985

## TRADEMARK
### PRINCIPAL REGISTER



MARS, INCORPORATED (DELAWARE COR-
  PORATION)
6885 ELM ST.
MCLEAN, VA 22101

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).

FIRST USE 0–0–1982; IN COMMERCE
0–0–1982.
OWNER OF U.S. REG. NO. 1,221,105.

SER. NO. 491,330, FILED 7–23–1984.

ROGER KATZ, EXAMINING ATTORNEY

Side - 1



**NOTICE OF ACCEPTANCE OF §8
DECLARATION AND §9 RENEWAL
MAILING DATE: Jul 25, 2006**

The declaration and renewal application filed in connection with the registration identified below meets the requirements of Sections 8 and 9 of the Trademark Act, 15 U.S.C. §§1058 and 1059.  The declaration is accepted and renewal is granted.  The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov.  To review information regarding the referenced registration, go to http://tarr.uspto.gov.

| | |
|---|---|
| **REG NUMBER:** | **1331145** |
| **MARK:** | **SKITTLES AND DESIGN** |
| **OWNER:** | **Mars, Incorporated** |

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS MAIL
U.S POSTAGE
PAID

LESLIE K MITCHELL
FITZPATRICK, CELLA, HARPER & SCINTO
277 PARK AVE
NEW YORK, NY   10172

Int. Cl.: 30

Prior U.S. Cl.: 46                                                      Reg. No. 1,331,145

**United States Patent and Trademark Office**          Registered Apr. 16, 1985

10 Year Renewal/Amended                          Renewal Term Begins Apr. 16, 2005

**TRADEMARK**
**PRINCIPAL REGISTER**



MARS, INCORPORATED (DELAWARE                FOR: CANDY, IN CLASS 30 (U.S. CL.
CORPORATION)                                                      46).
6885 ELM ST.                                                              FIRST USE 0-0-1982; IN COMMERCE
MCLEAN, VA 22101                                             0-0-1982.
  OWNER OF U.S. REG. NO. 1,221,105.            SER. NO. 73-491,330, FILED 7-23-1984.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Sep. 5, 2006.*

**DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE**

Int. Cl.: 30

Prior U.S. Cl.: 46

**United States Patent and Trademark Office**

Reg. No. 2,535,714

Registered Feb. 5, 2002

## TRADEMARK
### PRINCIPAL REGISTER



MARS, INCORPORATED (DELAWARE COR-
    PORATION)
6885 ELM STREET
MCLEAN, VA 221013883

FOR: CONFECTIONERY, NAMELY, CANDY, IN
CLASS 30 (U.S. CL. 46).

FIRST USE 7-0-1982; IN COMMERCE 7-0-1982.

OWNER OF U.S. REG. NO. 1,687,121.

THE DRAWING IS NOT LINED FOR COLOR.
THE STIPPLING IS FOR SHADING PURPOSES
ONLY AND DOES NOT INDICATE COLOR.

SER. NO. 76-010,416, FILED 3-27-2000.

BARBARA A. LOUGHRAN, EXAMINING ATTOR-
NEY

Int. Cl.: 30

Prior U.S. Cl.: 46

**Reg. No. 2,535,714**

# United States Patent and Trademark Office

Registered Feb. 5, 2002

## TRADEMARK
### PRINCIPAL REGISTER



MARS, INCORPORATED (DELAWARE COR-
PORATION)
6885 ELM STREET
MCLEAN, VA 221013883

FOR: CONFECTIONERY, NAMELY, CANDY, IN
CLASS 30 (U.S. CL. 46).

FIRST USE 7-0-1982; IN COMMERCE 7-0-1982.

OWNER OF U.S. REG. NO. 1,687,121.

THE DRAWING IS NOT LINED FOR COLOR.
THE STIPPLING IS FOR SHADING PURPOSES
ONLY AND DOES NOT INDICATE COLOR.

SER. NO. 76-010,416, FILED 3-27-2000.

BARBARA A. LOUGHRAN, EXAMINING ATTOR-
NEY

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Thursday, February 23, 2012 11:00 PM |
| **To:** | trademark.department@wrigley.com |
| **Subject:** | Trademark RN 2535714: Official Notice of Acceptance and Renewal under Sections 8 and 9 of the Trademark Act |

**Serial Number:** 76010416
**Registration Number:** 2535714
**Registration Date:** Feb 5, 2002
**Mark:** S(STYLIZED/DESIGN)
**Owner:** Wm. Wrigley Jr. Company

Feb 23, 2012

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below for the remainder of the ten-year period, calculated from the registration date, unless canceled by an order of the Commissioner for Trademarks or a Federal Court.**

**Class(es):**
030

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*The USPTO WILL NOT SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE REGISTRANT SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To view this notice and other documents for this application on-line, go to http://tdr.uspto.gov/search.action?sn=76010416. NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,393,854**

**Registered Aug. 27, 2013**

**Int. Cl.: 30**

**TRADEMARK**

**PRINCIPAL REGISTER**

WM. WRIGLEY JR. COMPANY (DELAWARE CORPORATION)
1132 WEST BLACKHAWK STREET
CHICAGO, IL 60642

FOR: CANDY, IN CLASS 30 (U.S. CL. 46).

FIRST USE 12-31-2012; IN COMMERCE 12-31-2012.

OWNER OF U.S. REG. NOS. 1,221,105, 3,101,167, AND OTHERS.

THE MARK CONSISTS OF THE WORD "SKITTLES", AN "S" LENTIL - SHAPED PIECE OVER THE LETTER "I" IN THE WORD "SKITTLES" AND A DISTINCTIVE RAINBOW DESIGN BEHIND THE WORD "SKITTLES", WITH "S" LENTIL - SHAPED PIECES OVER THE RAINBOW.

SN 85-719,890, FILED 9-4-2012.

BARNEY CHARLON, EXAMINING ATTORNEY



*Teresa Stanek Rea*

Acting Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.